by reason of appraisement is other than notice of a change made by the appraiser in the importer's entry value. Here, there was no such change.

In my opinion, the protests should be overruled. However, I concur in granting the motion to dismiss.

APRIL 3, 1961

**No. 65417.—SUIT 5050.—Morris Friedman v. United States.—**

C.D. 2174. Appeal dismissed February 7, 1961.

BEFORE THE SECOND DIVISION, APRIL 10, 1961

**No. 65418.—Albert F. Maurer Co. et al. v. United States, protests 292372-K(I), etc. (Philadelphia).**

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65419.—Sears, Roebuck and Co. v. United States, protest 300414-K (Philadelphia).**

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65420.—Sears, Roebuck and Co. v. United States, protests 309035-K and 58/4193 (Portland, Oreg.).**

414

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65421.**—The Huffman Manufacturing Co. *v.* United States, protests 310865–K, etc. (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65422.**—Seedman International Corp. *v.* United States, protests 318213–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65423.**—Sears, Roebuck and Co. *v.* United States, protests 58/12121, etc. (Los Angeles).